■ KATHLEEN M. SWEENEY, Appellant, et al., Plaintiff, v JOAN M. LINDE et al., Respondents, et al., Defendant. (Appeal No. 1.)

[872 NYS2d 338]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered June 14, 2007 in a personal injury action. The order denied the motion of plaintiff Kathleen M. Sweeney to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1]). Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.